UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROWENA CONSTANTINO-MILLER,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>    v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Defendant, and Counterclaim and<br>    Third-Party Plaintiff,<br><br>    v.<br><br>MELISSA DEADRICH, Individually and as Personal Representative of the Estate of Douglas H. Anderson,<br><br>    Third-Party Defendant. | CASE NO. 3:22-cv-05010-RSL<br><br>ORDER GRANTING IN PART AMERICAN GENERAL'S MOTION TO DEPOSIT INTERPLEADER FUNDS |

    Plaintiff Rowena Constantino-Miller is the designated beneficiary under American General life insurance policy number YMD7024000 issued to the late Douglas H. Anderson. Plaintiff filed this lawsuit alleging that American General Life Insurance Company ("American General") breached its

contractual obligations, engaged in bad faith, violated the Insurance Fair Conduct Act, and was negligent. American General filed a counterclaim against Constantino-Miller and a third-party claim against Melissa Deadrich, the personal representative of the Estate of Douglas H. Anderson.

Deadrich, the decedent's daughter, made a claim for the policy death benefits on behalf of her father's estate in September 2021 and on her own behalf in November 2021. After Deadrich filed the first claim but before she filed the second, Constantino-Miller, the decedent's ex-wife, made a claim for the same benefits. American General denied Constantino-Miller's claim, asserting that Oregon law automatically revoked her beneficiary designation upon divorce. Dkt. # 19-1 at 2. Constantino-Miller attempted to convince American General that it was misinterpreting Oregon law on this point, but she was unsuccessful. This lawsuit followed. American General agrees that the benefits of the insurance policy are due and payable and seeks leave to deposit the funds in the registry of the Court, discharge under 28 U.S.C. § 2361, dismissal of Constantino-Miller's claims with prejudice, and an award of $6,835.90 in attorney's fees and costs.

The motion is GRANTED in part. American General is authorized to deposit the sum of $250,000, plus accrued interest, with the Clerk of the United States District Court, Western District of Washington, and the Clerk is directed to deposit the funds into the Registry of the Court. The sum represents the death benefit payable under American General life insurance policy number YMD7024000 issued to the late Douglas H. Anderson. The Clerk of Court shall deposit the sum of $250,000, plus accrued interest, into an interest-bearing account in accordance with the guidelines set up by the Administrative Office until such time as the Court makes its further order directing disbursement of these funds.

Although the deposit of the policy proceeds into the Registry of the Court resolves American General's role in the interpleader action and discharges any further liability it may have had for the

policy proceeds, its role as a defendant continues. The Court declines to resolve or dismiss the contract and tort claims Constantino-Miller asserts against American General simply because American General no longer holds the funds.

Dated this 23rd day of March, 2022.

*Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE